UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN M. GOLDSTEIN | Case No.: 11-CV-898-PSG |
| Plaintiff, | **ORDER SETTING DEADLINE FOR PARTIES EITHER TO CONSENT OR TO DECLINE TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | |
| MICHAEL J. ASTRUE, ET AL., | |
| Defendants. | |

On May 10, 2011, Plaintiff filed a motion for a default judgment in this action. As a result, no later than May 17, 2011, each party was required either to consent to proceed before a magistrate judge or to request the case be reassigned to a district judge.[1] None of the parties have done so.

IT IS HEREBY ORDERED that no later than May 24, 2011, the parties shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: May 18, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Civ. L.R. 73-1(a)(2).

Case No.: 11-898
ORDER

1

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Steven M. Goldstein
184 Centre Street
#6
Mountain View, CA 94041

Dated: May 18, 2011

                                                */s/ Chambers Staff*
                                    Chambers of U.S. Magistrate Judge Paul S. Grewal

Case No.: 11-898
ORDER