UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN M. GOLDSTEIN, | Case No.: 11-CV-00898-LHK |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; THE SOCIAL SECURITY ADMINISTRATION, | ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION AND TOLERANCE |
| Defendants. | |

Plaintiff has filed a complaint seeking review of a decision denying him Social Security benefits. Plaintiff previously attempted to personally serve the Commissioner of the Social Security Administration with his complaint, and, when the Commissioner did not appear or respond to the complaint, Plaintiff moved for default judgment. Because Plaintiff had not properly served the Defendant, however, the Court denied Plaintiff's motion. *See* June 6, 2011 Order. On June 10, 2011, Plaintiff filed a motion for reconsideration of the Court's denial of his motion for entry of default judgment. *See* Dkt. No. 13. Meanwhile, Plaintiff successfully served his complaint on the Defendant. *See* Dkt. Nos. 15, 16 and 17. The Defendant has now appeared. *See* Dkt. No. 19. On June 17, 2011, Plaintiff filed a motion titled "Motion for Tolerance." In this motion, Plaintiff states that he believes he should have retained the embossed copy of the summons and returned it to the Clerk's office rather than serving it on the Social Security Administration.

1

Plaintiff asks the Court to either order the Clerk's office to produce another embossed copy of the summons, or else "accept the copy of a summons properly filled out regarding service that is already in the files of this case."

Civil Local Rule 7-9(b) provides that on a motion for leave to file a motion for reconsideration:

> The moving party must specifically show:
>
> (1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or
>
> (2) The emergence of new material facts or a change of law occurring after the time of such order; or
>
> (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Plaintiff has provided no basis for the Court to reconsider its Order denying Plaintiff default judgment. As the Court noted in its order denying default judgment, Plaintiff had not properly served the Defendant when he moved for default. A party cannot default if it has no notice of a case. Entering default in this situation would have been error. While the Court understands Plaintiff's frustration with attempting to comply with the rules of service, the record shows that Plaintiff has now successfully served the Defendant. The case may now proceed to a determination on the merits. Therefore, Plaintiff's request for reconsideration is DENIED.

Plaintiff's concern about the embossed copy of the summons appears to be a non-issue. The docket shows that the Clerk entered a copy of the summons. Dkt. No. 14. This is all that is required. Based on the proofs of service that Plaintiff filed and the fact that the Defendant has appeared, there is no need for the Clerk's office to issue another embossed summons.

Finally, the Court notes that Defendant has filed its consent to proceed before the United States Magistrate Judge for all purposes in this matter. Within **seven days of the date of this Order**, Plaintiff shall file a statement indicating whether he consents or declines to proceed before

2

Case No.: 11-CV-00898-LHK
ORDER DENYING MOTION FOR RECONSIDERATION

a United States Magistrate Judge for all purposes.[1]  If Plaintiff consents, the Court will reassign this case to a United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 1, 2011

_____
LUCY H. KOH
United States District Judge

---

[1] Plaintiff may use the forms for consenting or declining to proceed before a United States Magistrate Judge available on the Court's website, at: http://www.cand.uscourts.gov/civilforms.  If Plaintiff has questions about this, the Court encourages him to contact the Federal Legal Assistance Self Help Center.

3

Case No.: 11-CV-00898-LHK
ORDER DENYING MOTION FOR RECONSIDERATION