**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN M. GOLDSTEIN,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.: C 11-898 PSG<br><br>**ORDER VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION**<br><br>**(Re Docket Nos.: 22, 23)** |

Pursuant to Civ. L-R 7-1 (b), the court finds Defendant Michael J. Astrue's motion to dismiss the complaint and Plaintiff Steven M. Goldstein's response and motion of postponement appropriate for determination without oral argument.

Accordingly, the court hereby VACATES the motion hearing set for November 1, 2011 and takes the matters under submission.

Dated: 10/25/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

<u>copies mailed on October 25, 2011  to:</u>

Steven M. Goldstein
184 Centre Street, #6
Mountain View, CA 94041

          /s/ Chambers Staff
Chambers of U.S. Magistrate Judge Paul S. Grewal